UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA KELLIER,<br><br>                    Plaintiff,<br><br>         -against-<br><br>NAICA ANTHONY ACOSTA, *et al.*,<br><br>                    Defendant. | 20-CV-1058 (CM)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued July 7, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  July 7, 2020
          New York, New York

                                                COLLEEN McMAHON
                                              Chief United States District Judge